# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 29, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

134874

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v
                                    SC: 134874
                                    COA: 278775
                                    Ingham CC: 05-001194-FC

WILLIE C. LYONS,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the July 23, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 29, 2007

_____
Clerk

d1119